| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

JULIAN SIFUENTES, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-193
§
JOHN DOE CAPTAIN, §
§
    Defendant. §

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Julian Sifuentes, proceeding *pro se*, filed this civil rights lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed for failure to state a claim upon which relief may be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions set forth in the Report are correct and the Report of the magistrate judge is **ADOPTED**. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 10th day of March, 2020.

                                                MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE